IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATHER ELIZABETH GODWIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | C.A. No. 1:23-cv-01566DII |
| CPF RIVER OAKS AUSTIN, L.L.C. § | JURY TRIAL DEMAND |
| D/B/A THE PARK ON BRODIE LANE, § | |
| FOREST COOK, AND § | |
| META PLATFORMS, INC. § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Heather Elizabeth Godwin hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment dismissing all Plaintiffs' claims, entered in these actions on the 28th day of May, 2024, and the Judgment dismissing all Plaintiff's' claims, and denying leave to amend pleadings, entered in these actions on the 28th day of May, 2024.

Plaintiff also appeals the Opinion of the District Court entered in these actions on the 28th day of May, 2024, and the Memorandum and Order of the District Court entered in these actions on the 28th day of May, 2024, each setting forth the grounds upon which the respective Judgments are based.

RESPECTFULLY SUBMITTED this 26th day of June, 2024.

Respectfully submitted,

*Heather E. Godwin*

HEATHER E. GODWIN, PRO SE
7310 Menchaca Road
Box 152500

Austin, Texas 78715
phone: (512§ 871-9030
fax: (737§ 249-9258
hgodwin@godwinlawoffice.com